**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :
                                                                 :
                                                                 :   Chapter 11
                                                                 :
SANCTUARY CARE, LLC and                                          :
SANCTUARY AT RYE OPERATIONS, LLC,                                :   Case Nos.  17-10591 & 17-10590
                                                                 :
                                                                 :   Motion for Joint Administration Pending
                                                                 :
              Debtors.                                           :
                                                                 :
-----------------------------------------------------------------x
```

**NOTICE OF APPEARANCE**

Pursuant to Bankruptcy Rule 9010(b), please enter the appearance of the following counsel on behalf of Camden National Bank in the above captioned proceedings:

>Jeremy R. Fischer (BNH #07143)
>Benjamin E. Marcus (BNH #06561)
>DRUMMOND WOODSUM
>1001 Elm Street, #303
>Manchester, New Hampshire 03101
>Telephone: (603) 716-2895
>Email: jfischer@dwmlaw.com
>bmarcus@dwmlaw.com

The undersigned hereby request copies of all notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, electronically, telegram, telex or otherwise, filed by any party in the above-captioned case.

Dated: April 25, 2017                    /s/ Jeremy R. Fischer
                                                  Jeremy R. Fischer (BNH #07143)
                                                  Benjamin E. Marcus (BNH #06561)
                                                  DRUMMOND WOODSUM
                                                  1001 Elm Street, #303
                                                  Manchester, New Hampshire 03101
                                                  Telephone: (603) 716-2895
                                                  Email: jfischer@dwmlaw.com
                                                                         bmarcus@dwmlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that copies of this Notice of Appearance have been served on all parties requesting CM/ECF notice of filings in the above-captioned chapter 11 cases.

Dated: April 25, 2017                    /s/ Jeremy R. Fischer

2