UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| SANCTUARY CARE, LLC and<br>SANCTUARY AT RYE OPERATIONS, LLC, | ) ) Case No. 17-10591<br>) Case No. 17-10590 |
| Debtors. | ) ) Jointly Admin. Under: 17-10591 ) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears for **NBR Acquisition Rye, LLC**, party in interest in the above-captioned case, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), LBR 9010-1(c) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Hampshire, and Section 1109(b) of the Bankruptcy Code, and the undersigned request that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

Christopher M. Dube, Esq.
McLane Middleton, Professional Association
900 Elm Street, P.O. Box 326
Manchester, N.H. 03105
(603) 628-1437
(603) 625-5650 (fax)
christopher.dube@mclane.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery service, telephone, telegram, telex, email, or otherwise.

Neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall be intended or deem to waive: (1) any right of NBR Acquisition Rye, LLC to have a final order in non-core proceedings entered only after *de novo* review by a United States District Court Judge; (2) any right of NBR Acquisition Rye, LLC to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) any right of NBR Acquisition Rye, LLC to move for withdrawal of the reference; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is, or may be, entitled under agreements, in

- 2 -

law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

Dated: May 2, 2017

/s/ *Christopher M. Dube*
Christopher M. Dube (BNH# 05543)
McLane Middleton, Professional Association
900 Elm Street, P.O. Box 326
Manchester, NH 03105-0326
Tel:  (603) 628-1437
Fax:  (603) 625-5650
*christopher.dube@mclane.com*

## CERTIFICATION OF SERVICE

I hereby certify that on this 2nd day of May, 2017, a copy of this *Notice of Appearance and Request for Service of Papers* was sent via CM/ECF to all parties on the Court's CM/ECF register identified as receiving electronic mail service in this case.

/s/  Christopher M. Dube

- 2 -

107811\12134787