**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re: | Chapter 11 |
| Sanctuary Care, LLC, and | Case Number 17-10591 |
| Sanctuary at Rye Operations, LLC, | Case Number 17-10590 |
| | Jointly Admin. Under: 17-10591 |
| Debtors | |

**APPEARANCE AND DEMAND FOR NOTICES AND PLEADINGS**

 PLEASE TAKE NOTICE that Daniel P. Luker and Preti Flaherty Beliveau & Pachios, PLLP hereby appear for NEW HAMPSHIRE COMMUNITY LOAN FUND and request that all notices given or required to be given in the above case and all pleadings and other papers served in the case be given to, and served upon the undersigned at their offices pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules.

 PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules, the foregoing demand includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegram, telex or otherwise which affects the Debtor(s) or the property of the Debtor(s).

 PLEASE TAKE FURTHER NOTICE that the undersigned also requests copies of all financial information, reports and statements filed by the Debtor(s) with the office of the United States Trustee.

11805826.1

                          Respectfully submitted,
                          NEW HAMPSHIRE COMMUNITY LOAN FUND

                          By and Through its Counsel,
                          PRETI, FLAHERTY, BELIVEAU &
                          PACHIOS, LLP

Dated: May 16, 2017          /s/ *Daniel P. Luker*
                          Daniel P. Luker, Esq. (BNH # 1598)
                          P.O. Box 1318
                          Concord, NH 03302-1318
                          (603) 410-1500 (Phone)
                          (603) 410-1501 (Fax)
                          dluker@preti.com

## CERTIFICATE OF SERVICE

     I, Daniel P. Luker, Esquire, hereby certify that on this 16th day of May, 2017, a copy of the *Appearance and Demand for Notices and Pleadings* has been served on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF filing system.

                          /s/ *Daniel P. Luker*
                          Daniel P. Luker, Esq. (BNH # 1598)