# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:  
Sanctuary Care, LLC and Sanctuary at Rye Operations, LLC,  
        Debtor(s)

Bk. No. 17-10591-BAH  
Chapter 11

## ORDER OF THE COURT

Hearing Date: 05/16/2017

Nature of Proceeding: Doc# 84 Motion to Vacate Order as to PSNH d/b/a Eversource Filed by Creditor Public Service Company of New Hampshire

Outcome of Hearing:

The Movant shall submit a revised proposed order on the Motion to Approve Compromise (Doc. 141) forthwith.

IT IS SO ORDERED:

/s/ Bruce A. Harwood    05/16/2017

Bruce A. Harwood  
Chief Judge