UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

_____

In re:

Sanctuary Care, LLC, and
Sanctuary at Rye Operations, LLC,

                Debtors.

_____

Chapter 11
Case No. 17-10591
Case No. 17-10590
(Jointly Administered)

**STIPULATED ORDER ON MOTION OF PUBLIC SERVICE COMPANY
OF NEW HAMPSHIRE d/b/a EVERSOURCE MOTION TO VACATE AND
REARGUE ORDER ON MOTION TO PROHIBIT UTILITY PROVIDERS
FROM EXERCISING RIGHTS UNDER 11 U.S.C. § 366 (DOC ID # 84)**

Upon the Motion of Public Service Company of New Hampshire d/b/a Eversource ("Eversource") to vacate and reargue the order entered relative to 11 U.S.C. § 366 (Doc ID # 70), and the agreement of the Debtors to provide the adequate assurance of payment for utility service that is satisfactory to Eversource, it is

ORDERED, that this Order shall supersede the Order entered by this Court on May 2, 2017 (Doc. ID No. 70) relative to Eversource; and it is further

ORDERED, that the Debtors have provided Eversource with adequate assurance of payment satisfactory to Eversource; and it is further

ORDERED, that provision of adequate assurance shall not relieve the Debtors from its duty to pay invoices for post-petition service on a timely basis; and it is further

ORDERED, that any future motion or proposed order in this case regarding "utilities" generally, Eversource specifically, or seeking to modify this Order will be delivered to Eversource's counsel, listed below, via electronic mail or fax, at least five (5) days prior to

delivery to this Court for consideration unless such motion or proposed order specifically exempts Eversource from its applicability.

STIPULATED AND AGREED:

| Sanctuary Care, LLC<br>Sanctuary at Rye Operations, LLC,<br><br>By: */s/ Peter Tamposi*<br>Peter Tamposi, Esq. | PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE d/b/a EVERSOURCE<br><br>By: */s/ Honor S. Heath*<br>Honor S. Heath, Esq. |
|---|---|

IT IS SO ORDERED

Dated: Manchester, New Hampshire
May 17, 2017

                                          /s/ Bruce A. Harwood
                                          The Honorable Bruce A. Harwood
                                          Chief United States Bankruptcy Judge