UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | CHAPTER 11 |
| Sanctuary Care, LLC, and | Case Number 17-10591-BAH |
| Sanctuary at Rye Operations, LLC, | Case Number 17-10590-BAH |
| | Jointly Administered |
| Debtors | |

**UNITED STATES TRUSTEE'S REPORT OF
INABILITY TO APPOINT OFFICIAL CREDITORS' COMMITTEE**

The United States Trustee is currently unable to appoint an Official Creditors' Committee as contemplated by 11 U.S.C. § 1102(a)(1).  The United States Trustee hereby reserves his right to appoint such a Committee in the future if circumstances so warrant.

Respectfully submitted,

WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE


By:   /s/ Geraldine Karonis
      Geraldine Karonis
      Assistant U.S. Trustee
      Office of the United States Trustee
      1000 Elm Street, Suite 605
      Manchester, NH 03101
      (603) 666-7908
      Bnh 01853

Dated: May 24, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served a copy of the foregoing on the parties below by ECF:

**17-10591-BAH Notice will be electronically mailed to:**

Christopher M. Dube on behalf of Interested Party NBR Acquisition Rye, LLC
christopher.dube@mclane.com, bankruptcy@mclane.com

Jeremy R. Fischer on behalf of Creditor Camden National Bank
jfischer@dwmlaw.com,

hwhite@dwmlaw.com;DMcKenney@dwmlaw.com;RVanPelt@dwmlaw.com

Edmond J. Ford on behalf of Creditor Greystone Select Holdings, LLC
eford@fordlaw.com, jcrosby@fordlaw.com;bpike@fordlaw.com

Honor S. Heath on behalf of Creditor Public Service Company of New Hampshire
honor.heath@nu.com, honor_s_heath@hotmail.com

Geraldine Karonis on behalf of U.S. Trustee Office of the U.S. Trustee
Geraldine.L.Karonis@usdoj.gov

Donald R. Kirk on behalf of Interested Party NBR Acquisition Rye, LLC
dkirk@carltonfields.com

Daniel P. Luker on behalf of Creditor New Hampshire Community Loan Fund, Inc.
nhbankruptcyfilings@preti.com, dluker@preti.com;carsenault@preti.com;kpatten@preti.com

Gregory A. Moffett on behalf of Creditor New Hampshire Community Loan Fund, Inc.
gmoffett@preti.com, sbarrington@preti.com

Robert L. O'Brien on behalf of Stockholder Jonathan McCoy
roboecf@gmail.com, robjd@gsinet.net;r43479@notify.bestcase.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

Kelly L. Ovitt Puc on behalf of Creditor Public Service Company of New Hampshire
kovittpuc@sulloway.com, aconroy@sulloway.com

Peter C.L. Roth on behalf of Health Care Ombudsman Susan Buxton
peter.roth@doj.nh.gov, laura.maynard@doj.nh.gov

Peter C.L. Roth on behalf of Interested Party State of New Hampshire
peter.roth@doj.nh.gov, laura.maynard@doj.nh.gov

Peter N. Tamposi on behalf of Debtor Sanctuary Care, LLC
peter@thetamposilawgroup.com, judy@tlgnh.com

Peter N. Tamposi on behalf of Debtor Sanctuary at Rye Operations, LLC
peter@thetamposilawgroup.com, judy@tlgnh.com

                                             /s/ Geraldine Karonis
                                             Geraldine Karonis

Dated: May 24, 2017