**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re: SANCTUARY CARE, LLC § Case No. 17-10591
      SANCTUARY AT RYE OPERATIONS, §
      LLC §
       §
    Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Olga Gordon, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $5,008,543.96 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $781,651.97 | | |

    3) Total gross receipts of $781,651.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $781,651.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,791,698.36 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $437,748.19 | $432,333.19 | $432,333.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $387,334.43 | $387,009.43 | $349,318.78 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $3,604.51 | $2,469.50 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $12,950,506.02 | $16,456,048.48 | $6,496,477.25 | $0.00 |
| **TOTAL DISBURSEMENTS** | $16,742,204.38 | $17,284,735.61 | $7,318,289.37 | $781,651.97 |

4) This case was originally filed under chapter 7 on 04/25/2017, and it was converted to chapter 7 on 11/03/2017.  The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2020

By: /s/ Olga Gordon
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Litigation AP 19-1023 Tamposi Law Group | 1241-000 | $20,000.00 |
| Litigation AP 19-1024 Mccoy | 1241-000 | $11,000.00 |
| Preference Settlement with Dead River | 1241-000 | $1,000.00 |
| PSNH Refund | 1290-000 | $1,869.79 |
| Checking Account at Camden National Bank, xxxxxx | 1129-000 | $370.18 |
| Litigation - A.P. 18-1052 Gordon v Drolet | 1241-000 | $725,000.00 |
| Church Mutual Insurance Refund Workers Comp Insurance | 1290-000 | $19,612.00 |
| Preference Settlement with Public Service Co of NH | 1241-000 | $2,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$781,651.97** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | New Hampshire Community Loan Fund, Inc. | 4110-000 | $3,791,698.36 | NA | NA | NA |
| | **TOTAL SECURED** | | **$3,791,698.36** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Olga Gordon | 2100-000 | NA | $42,332.60 | $42,332.60 | $42,332.60 |
| Attorney for Trustee Fees - MURTHA CULLINA LLP | 3110-000 | NA | $229,410.00 | $229,410.00 | $229,410.00 |
| Attorney for Trustee, Expenses - MURTHA CULLINA LLP | 3120-000 | NA | $3,982.45 | $3,982.45 | $3,982.45 |
| Fees, United States Trustee | 2950-000 | NA | $415.00 | $0.00 | $0.00 |
| Bond Payments - BOND | 2300-000 | NA | $348.09 | $348.09 | $348.09 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $1,611.22 | $1,611.22 | $1,611.22 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $50.00 | $50.00 | $50.00 |
| Other State or Local Taxes (post-petition) - State of New Hampshire | 2820-000 | NA | $9,464.00 | $9,464.00 | $9,464.00 |
| Other Chapter 7 Administrative Expenses - United States Bankruptcy Court | 2990-000 | NA | $31.00 | $31.00 | $31.00 |
| Accountant for Trustee Fees (Other Firm) - VERDOLINO & LOWEY, P.C | 3410-000 | NA | $143,266.50 | $138,266.50 | $138,266.50 |
| Accountant for Trustee Expenses (Other Firm) - VERDOLINO & LOWEY, P.C | 3420-000 | NA | $1,087.33 | $1,087.33 | $1,087.33 |
| Arbitrator/Mediator for Trustee Fees - Jay S. Geller | 3721-000 | NA | $5,750.00 | $5,750.00 | $5,750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$437,748.19** | **$432,333.19** | **$432,333.19** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation - Office of the United States | 6101-000 | NA | $325.00 | $0.00 | $0.00 |
| Prior Chapter Other Operating Expenses - Camden National Bank | 6950-000 | NA | $387,009.43 | $387,009.43 | $349,318.78 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$387,334.43** | **$387,009.43** | **$349,318.78** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | New Hampshire Department of Revenue Administration Legal Bureau | 5800-000 | NA | $2,711.38 | $2,469.50 | $0.00 |
| 22-90 | State of New Hampshire, Department of Employment Security | 5800-000 | NA | $893.13 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$3,604.51** | **$2,469.50** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7300-000 | NA | $5,070.00 | $5,070.00 | $0.00 |
| 2 | NH Association of Residential Care Homes NHARCH | 7100-000 | NA | $960.00 | $960.00 | $0.00 |
| 3Sub | New Hampshire Department of Revenue Administration Legal Bureau | 7300-000 | NA | $2,711.38 | $241.88 | $0.00 |
| 4 | Baker Newman Noyes LLC | 7100-000 | NA | $43,558.50 | $43,558.50 | $0.00 |
| 5 | Albert J. Kurtz | 7100-000 | NA | $2,500.00 | $2,500.00 | $0.00 |
| 6 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | NA | $325.46 | $325.46 | $0.00 |
| 7 | New Hampshire Community Loan Fund, Inc. Daniel P. Luker, Esq. | 7100-000 | NA | $3,304,089.78 | $0.00 | $0.00 |
| 9 | Hartford Badges | 7200-000 | NA | $77.00 | $77.00 | $0.00 |
| 10 | Occupational Health Services of PRH | 7200-000 | NA | $54.00 | $54.00 | $0.00 |
| 11 | Camden National Bank Cardmember Services Alvin W. Butler | 7200-000 | NA | $3,130,785.20 | $0.00 | $0.00 |
| 12 | Camden National Bank | 7200-000 | NA | $3,130,785.20 | $0.00 | $0.00 |
| 13 | David Drolet c/o Shawn K. Doil, Esq. Eaton Peabody | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 14 | Camden National Bank | 7100-000 | $12,703,907.00 | $387,009.43 | $0.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15-90 | Public Service of New Hampshire DBA Eversource | 7100-000 | NA | $463.29 | $463.29 | $0.00 |
| 16-90 | M2 Facility Solutions, LLC | 7100-000 | NA | $7,491.61 | $7,491.61 | $0.00 |
| 17-90 | Voicefriend, LLC | 7100-000 | NA | $500.00 | $500.00 | $0.00 |
| 18-90 | Geriatric Medical & Surgical Supply, Inc. | 7100-000 | NA | $360.53 | $360.53 | $0.00 |
| 19-90 | Dead River Company | 7100-000 | NA | $4,432.12 | $0.00 | $0.00 |
| 20-90 | New Hampshire Community Loan Fund | 7100-000 | NA | $3,304,089.78 | $3,304,089.78 | $0.00 |
| 23-90 | Camden National Bank | 7100-000 | NA | $3,130,785.20 | $3,130,785.20 | $0.00 |
| N/F | Advanced Commercial Services | 7100-000 | $160.00 | NA | NA | NA |
| N/F | Advanced Commercial Services | 7100-000 | $160.00 | NA | NA | NA |
| N/F | Anthem Blue Cross and Blue Shield | 7100-000 | $8,336.11 | NA | NA | NA |
| N/F | Anthem Blue Cross and Blue Shield | 7100-000 | $8,336.11 | NA | NA | NA |
| N/F | Baker, Newman & Noyes LLC | 7100-000 | $24,000.00 | NA | NA | NA |
| N/F | Baker, Newman & Noyes LLC | 7100-000 | $24,000.00 | NA | NA | NA |
| N/F | Billy Glynn | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Billy Glynn | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Camden National Bank Cardmember | 7100-000 | $6,726.89 | NA | NA | NA |
| N/F | Camden National Bank Cardmember | 7100-000 | $6,726.89 | NA | NA | NA |
| N/F | Center for Occupational & Employee | 7100-000 | $220.50 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Center for Occupational & Employee | 7100-000 | $220.50 | NA | NA | NA |
| N/F | Comcast 3064 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3064 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3072 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3072 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3098 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3098 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3106 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3106 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3122 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3122 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3130 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3130 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3148 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3148 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3155 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3155 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3163 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3163 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3171 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3171 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3205 | 7100-000 | $62.07 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Comcast 3205 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3213 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3213 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3379 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 3379 | 7100-000 | $62.07 | NA | NA | NA |
| N/F | Comcast 5325 | 7100-000 | $209.61 | NA | NA | NA |
| N/F | Comcast 5325 | 7100-000 | $209.61 | NA | NA | NA |
| N/F | Comcast 8677 | 7100-000 | $399.44 | NA | NA | NA |
| N/F | Comcast 8677 | 7100-000 | $399.44 | NA | NA | NA |
| N/F | Comcast 8834 | 7100-000 | $166.78 | NA | NA | NA |
| N/F | Comcast 8834 | 7100-000 | $166.78 | NA | NA | NA |
| N/F | Cook, Little, Rosenblatt & Manson PLLC | 7100-000 | $12,911.25 | NA | NA | NA |
| N/F | Cook, Little, Rosenblatt & Manson PLLC | 7100-000 | $12,911.25 | NA | NA | NA |
| N/F | D.A. Bucci & Sons, Inc. | 7100-000 | $17.50 | NA | NA | NA |
| N/F | D.A. Bucci & Sons, Inc. | 7100-000 | $17.50 | NA | NA | NA |
| N/F | Dead River Company | 7100-000 | $2,686.74 | NA | NA | NA |
| N/F | Dead River Company | 7100-000 | $2,686.74 | NA | NA | NA |
| N/F | Disposables Delivered | 7100-000 | $1,999.79 | NA | NA | NA |
| N/F | Disposables Delivered | 7100-000 | $1,999.79 | NA | NA | NA |
| N/F | Door Control | 7100-000 | $423.00 | NA | NA | NA |
| N/F | Door Control | 7100-000 | $423.00 | NA | NA | NA |
| N/F | Dorothy Sullivan | 7100-000 | $3,220.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Dorothy Sullivan | 7100-000 | $3,220.00 | NA | NA | NA |
| N/F | Ecolab | 7100-000 | $504.39 | NA | NA | NA |
| N/F | Ecolab | 7100-000 | $504.39 | NA | NA | NA |
| N/F | Eversouce | 7100-000 | $8,519.00 | NA | NA | NA |
| N/F | Eversource | 7100-000 | $7,339.52 | NA | NA | NA |
| N/F | Eversource | 7100-000 | $7,339.52 | NA | NA | NA |
| N/F | GSC Pest Management | 7100-000 | $195.00 | NA | NA | NA |
| N/F | GSC Pest Management | 7100-000 | $195.00 | NA | NA | NA |
| N/F | General Linen Service | 7100-000 | $783.61 | NA | NA | NA |
| N/F | General Linen Service | 7100-000 | $783.61 | NA | NA | NA |
| N/F | Hampton Area Chamber of Commerce | 7100-000 | $295.00 | NA | NA | NA |
| N/F | Hampton Area Chamber of Commerce | 7100-000 | $295.00 | NA | NA | NA |
| N/F | Hartford Badges | 7100-000 | $77.00 | NA | NA | NA |
| N/F | Hartford Badges | 7100-000 | $77.00 | NA | NA | NA |
| N/F | Keenan Al-Hojerry | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Keenan Al-Hojerry | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Lowes Business Account /GECRB | 7100-000 | $248.60 | NA | NA | NA |
| N/F | Lowes Business Account /GECRB | 7100-000 | $248.60 | NA | NA | NA |
| N/F | M Saunders Inc | 7100-000 | $815.97 | NA | NA | NA |
| N/F | M Saunders Inc | 7100-000 | $815.97 | NA | NA | NA |
| N/F | Marshall Domestics | 7100-000 | $486.21 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Marshall Domestics | 7100-000 | $486.21 | NA | NA | NA |
| N/F | NHARCH | 7100-000 | $960.00 | NA | NA | NA |
| N/F | NHARCH | 7100-000 | $960.00 | NA | NA | NA |
| N/F | Network Services Co | 7100-000 | $1,180.24 | NA | NA | NA |
| N/F | Network Services Co | 7100-000 | $1,180.24 | NA | NA | NA |
| N/F | New England Coffee | 7100-000 | $42.39 | NA | NA | NA |
| N/F | New England Coffee | 7100-000 | $42.39 | NA | NA | NA |
| N/F | New England Security Shredders | 7100-000 | $50.00 | NA | NA | NA |
| N/F | New England Security Shredders | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Occupational Health Services of PRH | 7100-000 | $54.00 | NA | NA | NA |
| N/F | Occupational Health Services of PRH | 7100-000 | $54.00 | NA | NA | NA |
| N/F | Patterson Medical | 7100-000 | $16.91 | NA | NA | NA |
| N/F | Patterson Medical | 7100-000 | $16.91 | NA | NA | NA |
| N/F | Piscataqua Environmental Services | 7100-000 | $1,950.00 | NA | NA | NA |
| N/F | Piscataqua Environmental Services | 7100-000 | $1,950.00 | NA | NA | NA |
| N/F | Portsmouth Vacuum Company | 7100-000 | $95.30 | NA | NA | NA |
| N/F | Portsmouth Vacuum Company | 7100-000 | $95.30 | NA | NA | NA |
| N/F | Power Up Generator Service Co. | 7100-000 | $160.75 | NA | NA | NA |
| N/F | Power Up Generator Service Co. | 7100-000 | $160.75 | NA | NA | NA |
| N/F | Rich Araldi | 7100-000 | $100.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| N/F | Rich Araldi | 7100-000 | $100.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Rye Water | 7100-000 | $385.00 | NA | NA | NA |
| N/F | Rye Water | 7100-000 | $250.00 | NA | NA | NA |
| N/F | Rye Water | 7100-000 | $385.00 | NA | NA | NA |
| N/F | Sage Age Strategies | 7100-000 | $9,182.27 | NA | NA | NA |
| N/F | Sage Age Strategies | 7100-000 | $9,182.27 | NA | NA | NA |
| N/F | Seacoast Ace Hardware | 7100-000 | $42.18 | NA | NA | NA |
| N/F | Seacoast Ace Hardware | 7100-000 | $42.18 | NA | NA | NA |
| N/F | Seacoast Business Machines | 7100-000 | $1,214.00 | NA | NA | NA |
| N/F | Seacoast Business Machines | 7100-000 | $1,214.00 | NA | NA | NA |
| N/F | Seacoast Media Group | 7100-000 | $232.59 | NA | NA | NA |
| N/F | Seacoast Media Group | 7100-000 | $232.59 | NA | NA | NA |
| N/F | Shaheen Bros | 7100-000 | $7,716.33 | NA | NA | NA |
| N/F | Shaheen Bros | 7100-000 | $7,716.33 | NA | NA | NA |
| N/F | Staples Advantage Dept ATL | 7100-000 | $161.58 | NA | NA | NA |
| N/F | Staples Advantage Dept ATL | 7100-000 | $161.58 | NA | NA | NA |
| N/F | Stericycle | 7100-000 | $121.55 | NA | NA | NA |
| N/F | Stericycle | 7100-000 | $121.55 | NA | NA | NA |
| N/F | Town of Rye | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tri State Fire Protection LLC | 7100-000 | $385.11 | NA | NA | NA |
| N/F | Tri State Fire Protection LLC | 7100-000 | $385.11 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Vinca Group | 7100-000 | $18,816.00 | NA | NA | NA |
| N/F | Vinca Group | 7100-000 | $18,816.00 | NA | NA | NA |
| N/F | VoiceFriend LLC | 7100-000 | $504.00 | NA | NA | NA |
| N/F | VoiceFriend LLC | 7100-000 | $504.00 | NA | NA | NA |
| N/F | Wicked Awesome | 7100-000 | $29.99 | NA | NA | NA |
| N/F | Wicked Awesome | 7100-000 | $29.99 | NA | NA | NA |
| N/F | m2 Service Group | 7100-000 | $385.00 | NA | NA | NA |
| N/F | m2 Service Group | 7100-000 | $385.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$12,950,506.02** | **$16,456,048.48** | **$6,496,477.25** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 17-10591
Case Name: SANCTUARY CARE, LLC
SANCTUARY AT RYE OPERATIONS, LLC
For Period Ending: 12/18/2020

Trustee Name: (410360) Olga Gordon
Date Filed (f) or Converted (c): 11/03/2017 (c)
§ 341(a) Meeting Date: 12/07/2017
Claims Bar Date: 03/07/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property and Improvements located at 295 La<br>Imported from original petition Doc# 1; Lien: Camden National Bank, 2 Elm St., PO Box 310, Camden, ME 04843 - Amount: 12703907.0; Lien: Camden National Bank, 2 Elm St., PO Box 310, Camden, ME 04843 - Amount: 12703907.0 Lien: New Hampshire Community Loan Fund, Inc., 7 Wall St., Concord, NH 03301 - Amount: 3791698.36 | 5,001,200.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Camden National Bank, xxxxxx<br>Imported from original petition Doc# 1 | 2,294.54 | 0.00 | | 370.18 | FA |
| 3 | Checking Account at Camden National Bank, xxxxxx<br>Imported from original petition Doc# 1 | 5.96 | 0.00 | | 0.00 | FA |
| 4 | Checking Account at Camden National Bank, xxxxxx<br>Imported from original petition Doc# 1 | 7,338.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at Kennebunk Savings Bank, xxxx<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Preference Settlement with Public Service Co of NH (u) | 0.00 | 2,800.00 | | 2,800.00 | FA |
| 7 | Preference Settlement with Dead River (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 8 | Litigation - A.P. 18-1052 Gordon v Drolet (u) | 0.00 | 4,700,000.00 | | 725,000.00 | FA |
| 9 | PSNH Refund (u) | 0.00 | 1,869.79 | | 1,869.79 | FA |
| 10 | Litigation AP 19-1023 Tamposi Law Group (u) | 0.00 | 43,637.50 | | 20,000.00 | FA |
| 11 | Litigation AP 19-1024 Mccoy (u) | 0.00 | 86,320.00 | | 11,000.00 | FA |
| 12* | Church Mutual Insurance Refund Workers Comp Insurance (u) (See Footnote) | 0.00 | 0.00 | | 19,612.00 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$5,010,838.50** | **$4,835,627.29** | | **$781,651.97** | **$0.00** |

RE PROP# 12     refund

**Major Activities Affecting Case Closing:**

Trustee is preparing the Final Report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017     **Current Projected Date Of Final Report (TFR):** 08/26/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 17-10591 | Trustee Name: | Olga Gordon (410360) |
|---|---|---|---|
| Case Name: | SANCTUARY CARE, LLC | Bank Name: | Mechanics Bank |
| | SANCTUARY AT RYE OPERATIONS, LLC | Account #: | ******4600 Checking |
| Taxpayer ID #: | **-***8623 | Blanket Bond (per case limit): | $12,000,000.00 |
| For Period Ending: | 12/18/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/14/18 | {6} | Public Service Company of NH | Preference Settlement | 1241-000 | 2,800.00 | | 2,800.00 |
| 05/31/18 | {7} | Dead River | Settlement of preference | 1241-000 | 1,000.00 | | 3,800.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,790.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,780.00 |
| 07/30/18 | 101 | International Sureties Ltd. | Blanket Bond Renewal Voided on 07/30/2018 | 2300-004 | | 1.13 | 3,778.87 |
| 07/30/18 | 101 | International Sureties Ltd. | Blanket Bond Renewal Voided: check issued on 07/30/2018 | 2300-004 | | -1.13 | 3,780.00 |
| 07/30/18 | 102 | International Sureties Ltd. | Blanket Bond Renewal | 2300-000 | | 1.42 | 3,778.58 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,768.58 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,758.58 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,753.58 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,748.58 |
| 01/16/19 | | Transfer Debit to United Bank acct ********0158 | Transition Debit to United Bank acct 710000010158 | 9999-000 | | 3,748.58 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 3,800.00 | 3,800.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 3,748.58 | |
| Subtotal | | 3,800.00 | 51.42 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $3,800.00 | $51.42 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 17-10591 | Trustee Name: | Olga Gordon (410360) |
|---|---|---|---|
| Case Name: | SANCTUARY CARE, LLC | Bank Name: | People's United Bank |
|  | SANCTUARY AT RYE OPERATIONS, LLC | Account #: | ********0158 Checking Account |
| Taxpayer ID #: | **-***8623 | Blanket Bond (per case limit): | $12,000,000.00 |
| For Period Ending: | 12/18/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/16/19 |  | Transfer from Rabobank acct ******4600 | Transfer from Rabobank acct 5021234600 | 9999-000 | 3,748.58 |  | 3,748.58 |
| 02/20/19 | {9} | PSNH dba Eversource | Refund | 1290-000 | 1,869.79 |  | 5,618.37 |
| 04/04/19 | {2} | Camden National Bank | Closed Account | 1129-000 | 370.18 |  | 5,988.55 |
| 08/09/19 | 1000 | International Sureties Ltd. | Bond #016027599 | 2300-000 |  | 3.57 | 5,984.98 |
| 12/16/19 | {10} | Wilson, Elser, Moskowitz | Tamposi Law Preference Settlement | 1241-000 | 20,000.00 |  | 25,984.98 |
| 02/06/20 | 1001 | United States Bankruptcy Court | Fee CD Hearing | 2990-000 |  | 31.00 | 25,953.98 |
| 02/12/20 |  |  | Transition Debit to Metropolitan Commercial Bank acct | 9999-000 |  | 25,953.98 | 0.00 |
|  |  | COLUMN TOTALS |  |  | 25,988.55 | 25,988.55 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 3,748.58 | 25,953.98 |  |
|  |  | Subtotal |  |  | 22,239.97 | 34.57 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $22,239.97 | $34.57 |  |

{ } Asset Reference(s)         UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 17-10591 | Trustee Name: | Olga Gordon (410360) |
|---|---|---|---|
| Case Name: | SANCTUARY CARE, LLC | Bank Name: | Metropolitan Commercial Bank |
| | SANCTUARY AT RYE OPERATIONS, LLC | Account #: | ******3309 Checking Account |
| Taxpayer ID #: | **-***8623 | Blanket Bond (per case limit): | $12,000,000.00 |
| For Period Ending: | 12/18/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/12/20 | | Transfer Credit from United Bank acct ********0158 | Transition Credit from United Bank acct 710000010158 | 9999-000 | 25,953.98 | | 25,953.98 |
| 02/21/20 | 1102 | Jay S. Geller | Court authorized payment to mediator | 3721-000 | | 5,750.00 | 20,203.98 |
| 02/25/20 | {8} | David Drolet | WIRE FROM DAVID P DROLET REVOCABL | 1241-000 | 725,000.00 | | 745,203.98 |
| 03/13/20 | {12} | Church Mutual Insurance Company | Refund Workers Compensation Insurance | 1290-000 | 19,612.00 | | 764,815.98 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 611.22 | 764,204.76 |
| 04/24/20 | {11} | Jonathan McCoy | WIRE FROM JONATHAN G MCCOY | 1241-000 | 7,500.00 | | 771,704.76 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 250.00 | 771,454.76 |
| 05/08/20 | {11} | Jonathan Mccoy | WIRE FROM JONATHAN G MCCOY | 1241-000 | 3,500.00 | | 774,954.76 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 250.00 | 774,704.76 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 250.00 | 774,454.76 |
| 07/02/20 | 1103 | State of New Hampshire | NH BT - Summary - December 31, 2017 T.I.N. 01-0965671 | 2820-000 | | 9,400.00 | 765,054.76 |
| 07/02/20 | 1104 | State of New Hampshire | NH BT - Summary - December 31, 2017 T.I.N. 20-8888623 | 2820-000 | | 64.00 | 764,990.76 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 250.00 | 764,740.76 |
| 08/07/20 | 1105 | International Sureties Ltd. | Blanket Bond | 2300-000 | | 343.10 | 764,397.66 |
| 11/02/20 | 1106 | Olga Gordon | Combined trustee compensation & expense dividend payments. | 2100-000 | | 42,332.60 | 722,065.06 |
| 11/02/20 | 1107 | MURTHA CULLINA LLP | Combined dividend payments for Claim #, | | | 233,392.45 | 488,672.61 |
| | | MURTHA CULLINA LLP | Claims Distribution - Wed, 10-21-2020         $229,410.00 | 3110-000 | | | |
| | | MURTHA CULLINA LLP | Claims Distribution - Wed, 10-21-2020         $3,982.45 | 3120-000 | | | |
| 11/02/20 | 1108 | VERDOLINO & LOWEY, P.C | Combined dividend payments for Claim #, | | | 139,353.83 | 349,318.78 |
| | | VERDOLINO & LOWEY, P.C | Claims Distribution - Wed, 10-21-2020         $138,266.50 | 3410-000 | | | |
| | | VERDOLINO & LOWEY, P.C | Claims Distribution - Wed, 10-21-2020         $1,087.33 | 3420-000 | | | |
| 11/02/20 | 1109 | Camden National Bank | Distribution payment - Dividend paid at 90.26% of $387,009.43; Claim # 24-90; Filed: $387,009.43 | 6950-000 | | 349,318.78 | 0.00 |

Page Subtotals:     $781,565.98     $781,565.98

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 17-10591 | Trustee Name: | Olga Gordon (410360) |
|---|---|---|---|
| Case Name: | SANCTUARY CARE, LLC | Bank Name: | Metropolitan Commercial Bank |
| | SANCTUARY AT RYE OPERATIONS, LLC | Account #: | ******3309 Checking Account |
| Taxpayer ID #: | **-***8623 | Blanket Bond (per case limit): | $12,000,000.00 |
| For Period Ending: | 12/18/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 781,565.98 | 781,565.98 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 25,953.98 | 0.00 | |
| | | Subtotal | | | 755,612.00 | 781,565.98 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $755,612.00 | $781,565.98 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** 17-10591 | **Trustee Name:** Olga Gordon (410360) |
| **Case Name:** SANCTUARY CARE, LLC / SANCTUARY AT RYE OPERATIONS, LLC | **Bank Name:** Metropolitan Commercial Bank |
| | **Account #:** ******3309 Checking Account |
| **Taxpayer ID #:** **-***8623 | **Blanket Bond (per case limit):** $12,000,000.00 |
| **For Period Ending:** 12/18/2020 | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4600 Checking | $3,800.00 | $51.42 | $0.00 |
| ********0158 Checking Account | $22,239.97 | $34.57 | $0.00 |
| ******3309 Checking Account | $755,612.00 | $781,565.98 | $0.00 |
| | **$781,651.97** | **$781,651.97** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)